<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-4494**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

     v.

KELSEY LENTRELL KINARD,

        Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:07-cr-00486-TLW-2)

Submitted:  January 22, 2013      Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelsey Lentrell Kinard, Appellant Pro Se.   Arthur Bradley
Parham, Assistant United States Attorney, Rose Mary Parham,
OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Kelsey Lentrell Kinard appeals the district court's amended judgment granting the Government's Fed. R. Crim. P. 35(b) motion. To the extent that Kinard's claim that the district court failed to consider various factors in determining the extent of the sentence reduction challenges the lawfulness of the district court's sentencing methodology, we have jurisdiction over Kinard's appeal. See United States v. Davis, 679 F.3d 190, 194 (4th Cir. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED